**ORDERED.**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

**Dated: February 23, 2010**

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01848

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Hector F. Rodriguez and Lidia M. Rodriguez<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Hector F. Rodriguez and Lidia M. Rodriguez,<br>Debtors, Gayle E. Mills, Trustee.<br><br>      Respondents. | No. 4:09-bk-33624-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

Parcel I:

Living Unit 1090, in Building 14, of Coronado Palms on file in Book 122 of Plats, Page 24 of Official Records, Oark County, Nevada.

Parcel II:

An undivided 1/384th fractional interest in the Common Elements as defined in Article VIII, Section 8.2(a) of the Second Amended and Restated Declaration of Covenants, Conditions and Restrictions and Reservations of Easements for Coronado Palms Condominiums, recorded on August 16, 2006 In Book 20060816 as Document No. 1580 of Official Records, Clark County, Nevada, and as shown on the map of Coronado Palms on file in Book 122 of Plats, Page 24 of Offidal Records, Clark County, Nevada.

Excepting therefrom, all Units, Limited Common Elements not appurtenant to the Unit as shown on the Condominium Plat referred to above.

Parcel III:

A non-exclusive easement for access, ingress, egress, use and enjoyment of, in and to the Common Elements, only as to those portions of the Common Elements which lay in the unenclosed portion of Units as defined in the Second Amended and Restated Declaration of Covenants, Conditions and Restrictions and Reservations of Easements for Coronado Palms Condominiums, recorded on August 16, 2006 in Book 20060816 as Document No. 1580 of Official Records, Clark County, Nevada.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.